THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSMUN DEMERKIAN, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and Macken, JJ.